UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NELSON VIERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-10220-NMG |
| ) | |
| LUIS SPENCER, et al., ) | |
| ) | |
| Defendants. ) | |

REPORT AND RECOMMENDATION ON DEFENDANTS
RODEN, SPENCER AND SUMNER'S MOTION TO DISMISS

October 3, 2011

SOROKIN, M.J.

The Plaintiff, Nelson Viera is an inmate incarcerated by the Massachusetts Department of Corrections (DOC) at MCI-Norfolk. Docket # 1 at ¶ 1. He has brought suit against three DOC officials as well several employees of the University of Massachusetts Correctional Health Program (UMCH, the DOC's contracted health services provider). Docket # 1.

The health services employees have answered the Complaint. Docket #s 14-17. The DOC defendants (Luis Spencer, the Acting Commissioner of DOC at the time of the Complaint, now the Commissioner; Gary Roden, the Superintendent of MCI-Norfolk; and Cynthia Sumner, the Deputy superintendent of Classification and Treatment at MCI-Norfolk) have moved pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the Complaint as failing to state a claim upon which relief may be granted. Docket # 22.

Report and Recommendation accepted and adopted. NMGorton, USDJ 2/3/12