UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NELSON VIERA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUIS SPENCER, et al., )<br>)<br>Defendant. )<br>) | Civil Action No. 11-10220-NMG |

REPORT AND RECOMMENDATION ON
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

January 28, 2013

SOROKIN, C.M.J.

Currently pending are the Motions for Summary Judgment of Defendants Thomas Groblewski, Mary Connolly, Ellen Kurtz and Maureen Atkins (Docket # 41) and Defendant Luis Spencer (Docket # 57). For the following reasons, I RECOMMEND that the motions be ALLOWED.

I.   PROCEDURAL AND FACTUAL HISTORY

On January 31, 2011, the Plaintiff Nelson Viera (an incarcerated inmate) brought suit pursuant to 42 U.S.C. § 1983 against Defendants Groblewski, Connolly, Kurtz and Atkins (employees of the Department of Correction's (DOC's) contracted health services provider), alleging deliberate indifference to his medical needs. Docket # 1. He also sued three Department of Corrections officials. Id. By Order dated February 3, 2012, the Court dismissed Viera's money damages claims directed against the DOC defendants, but permitted Viera to

---

1

*Report and Recommendation accepted and adopted. /s/ NMGorton, USDJ 3/7/13*